United States District Court
Eastern District of California

VLADIMIR NIKOLAYEVICH
Plaintiff(s)

V.

Christopher Chestnut, et al.
Defendant(s)

Case Number: 1:26cv5811 DJC CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lachezar Vanchev hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
VLADIMIR NIKOLAYEVICH

On 04/26/2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/27/2026 Signature of Applicant: /s/ Lachezar Vanchev

**Pro Hac Vice Attorney**

Applicant's Name: Lachezar Vanchev

Law Firm Name: Southern Law Center PL

Address: PO BOX 771791

City: Coral Springs State: FL Zip: 33077

Phone Number w/Area Code: (561) 582-5001

City and State of Residence: Coral Springs, FL

Primary E-mail Address: southernlawcenter@gmail.com

Secondary E-mail Address: lvanchev@southernlawcenter.net

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Isai Eli Ramirez Crohn

Law Firm Name: RCA IMMIGRATION, APC

Address: 611 S Catalina St., Ste. 222

City: Los Angeles State: CA Zip: 90005

Phone Number w/Area Code: (323) 408-0739 Bar # 360125

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 12, 2026

Carolyn K. Delaney

JUDGE, U.S. DISTRICT COURT