UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLADIMIR NIKOLAYEVICH VERESHCHAGIN (A No. 236 454 996),

Petitioner,

v.

WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-05811-DJC-CKD

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full.

2. Petitioner's petition for a writ of habeas corpus (ECF No. 2) is DENIED without prejudice to filing a subsequent petition alleging different grounds for relief;

3. Respondents' motion to dismiss (ECF No. 8) is DENIED as moot; and

4. This case is closed.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/vere5811.805.hc.2241.imm